UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JOHNATHAN PANKEY,

    Defendant.

_____/

Case No. 17-20571

Honorable Nancy G. Edmunds

**JUDGMENT**

For the reasons stated in the Court's opinion and order denying Petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, Petitioner's motion is DENIED.

SO ORDERED.

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: March 14, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 14, 2023, by electronic and/or ordinary mail.

s/ Lisa Bartlett
Case Manager

1